

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> As counsel are aware, there is only limited availability to hold video proceedings with detained defendants at this time, with priority given to pleas, sentencings, and bail hearings. In light of that, counsel shall confer and, no later than July 27, 2020, submit a joint letter explaining why they believe a conference is needed. In the letter, counsel should actually comply with the Court's Order of July 20, 2020, see ECF No. 8, and include the information requested by the Court. The Clerk of Court is directed to terminate ECF No. 9.
>
> SO ORDERED.
> /s/ Jesse M. Furman
> July 23, 2020

Re:   *United States v. Tymel Abrams*, 20 CR 352 (JMF)

Dear Judge Furman,

    After having now spoken to counsel for the defendant, the Government writes on behalf of the defendant and at the direction of the Court to request respectfully that the Court hold an initial conference by video conference at the earliest convenience of the Court. The Government defers to the preference of the defendant and can be available at any time for the initial appearance.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      Acting United States Attorney

                   By: /s/ Thomas John Wright
                      Thomas John Wright
                      Assistant United States Attorney
                      (212) 637-2295

cc: Christopher Flood, Esq. (Counsel to Defendant Tymel Abrams) (by ECF)