```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER
        - v. -                   :
                                 :   20 CR 352 (JMF)
TYMEL ABRAMS,                    :
     a/k/a "Ty,"                 :
                                 :
             Defendant.          :
- - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for November 16, 2020 is adjourned to __January 19, 2021__, 2021 at __2:00 p.m.__; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and __January 19__, 20__21__; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant and the Government in achieving a pre-trial disposition amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

SO ORDERED

Dated:   New York, New York
         November __5__, 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK