

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2021

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The parties should include in their letter whether they have scheduled a bail hearing before the Magistrate Judge. The Court will decide how to handle the arraignment after reading the parties' letter. The Clerk of Court is hereby directed to terminate Doc. #23. SO ORDERED.

January 13, 2021

Re:   *United States v. Tymel Abrams*, **20 CR 352 (JMF)**

Dear Judge Furman,

    The Government writes in response to the Order of the Court dated January 8, 2021 and respectfully requests a one-day extension of the deadline of today by which the parties must report to the Court their preference as to whether the Court should hold a conference during the week of Monday, January 25, 2021. The Government has not conferred with counsel to the defendant since a superseding indictment against the defendant was obtained earlier today from a grand jury sitting in the Southern District of New York, a copy of which the Government has provided to counsel to the defendant, and the Government wishes to ensure that such a conferral between the parties takes place before further reporting to the Court so that the defendant can take into consideration this development in conveying how he wishes to proceed. If the Court refers the parties on the issue of the defendant's arraignment on the superseding indictment to the magistrate on duty, then the Government of course undertakes promptly to make arrangements for an appearance before the magistrate on duty as soon as possible.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _Thomas John Wright_
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Christopher Flood, Esq. (Counsel to Defendant Tymel Abrams) (by ECF)