

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2021

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Tymel Abrams*, 20 CR 352 (JMF)

Dear Judge Furman,

    The Government writes on behalf of the parties and in further response to the Orders of the Court dated January 8, 2021 and January 13, 2021. The parties respectfully write to report that they are scheduled for a bail hearing before the magistrate on duty on January 19, 2021 at 10:30 AM. For that reason, if the Court also refers the parties on the issue of the defendant's arraignment to the magistrate judge on duty, then the parties do not consider it necessary for the Court to hold a conference during the week of Monday, January 25, 2021 and instead request that the Court set a status conference for approximately one month from now at which the parties may report to the Court on the possibility of a pre-trial disposition in light of the recently obtained superseding indictment. In the event that the Court prefers to conduct the defendant's arraignment or otherwise hold a conference during the week of Monday, January 25, 2021, then the parties are available on both Tuesday, January 26, 2021 and Thursday, January 28, 2021 after 11:00 AM for a remote appearance conducted by either video or telephone, to which the defendant, who remains detained at the Metropolitan Detention Center, consents. Finally, with the consent of the defendant, the Government respectfully further requests that the Court exclude time under the Speedy Trial Act from today through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the ends of justice served by such an exclusion and the opportunity that it will permit for the parties to discuss a pre-trial disposition in the now altered posture of the superseding indictment outweigh the best interest of the public and the defendant in a speedy trial, particularly in light of

the circumstances of the ongoing national emergency declared in response to the coronavirus pandemic.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

By: *Thomas John Wright*
       Thomas John Wright
       Assistant United States Attorney
       (212) 637-2295

cc: Christopher Flood, Esq. (Counsel to Defendant Tymel Abrams) (by ECF)

Application GRANTED. The arraignment is referred to the Magistrate Judge. The pretrial conference is hereby ADJOURNED to March 1, 2021, at 2:30 p.m. Time is excluded in the interests of justice from today, until March 1, 2021 for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. 26. SO ORDERED.

January 14, 2021