```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                -v-                                               :      20-CR-352 (JMF)
                                                                  :
TYMEL ABRAMS,                                                     :      ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The parties' request for an adjournment of the March 1, 2021, pretrial conference is GRANTED. The conference is ADJOURNED to **April 12, 2021**, at **3 p.m.** With the consent of Defendant, time is excluded under the Speedy Trial Act from today through April 12, 2021, pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the ends of justice served by such an exclusion and the opportunity that it will permit for the parties to conclude their discussions concerning a pre-trial disposition outweigh the best interest of the public and the defendant in a speedy trial, particularly in light of the circumstances of the ongoing national COVID-19 emergency.

**The Court notes that it will not grant any further adjournments without setting a deadline for the filing of defense motions.** To that end, no later than **March 31, 2021**, counsel shall confer and submit a joint letter indicating their views on whether the April 12, 2021 proceeding should be held or if it should be adjourned (and, if so, for how long). If either party believes that the proceeding should be held, counsel should explain why and indicate their views on (1) whether the proceeding should be held in person or remotely; and (2) whether, if permitted under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether. If the Defendant is detained, counsel should identify the facility in which the Defendant is held; if the Defendant is not detained, counsel should indicate

whether the Defendant would be capable of participating in a remote proceeding. If either party believes that the conference can be adjourned, the parties shall propose a motion schedule.

After reviewing the parties' joint letter, the Court will issue an order indicating whether the proceeding will be held and, if so, how; and addressing any other relevant deadlines and information. If a proceeding is held, it may have to be at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote. In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

The Clerk of Court is directed to terminated ECF No. 32.

SO ORDERED.

Dated: February 22, 2021
New York, New York

JESSE M. FURMAN
United States District Judge