

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2021

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Tymel Abrams*, **20 CR 352 (JMF)**

Dear Judge Furman,

    The Government writes on behalf of the parties to provide a status report following the cancellation of the status conference on June 16, 2021. Unfortunately, immediately prior to that conference, which was scheduled to occur on an in-person basis in the courthouse, the United States Marshals Service ("USMS") informed the Government that due to the prior transfer of the defendant from the Metropolitan Correctional Center to the Metropolitan Detention Center, which transfer was not reflected in the records of the USMS, the defendant had not been produced to the courthouse and would not be available. After conferring with chambers, the parties identified that the next date on which a status conference could proceed was June 23, 2021 at 10:00 AM, when the parties will appear again before the Court. In the interim, with the consent of the defendant, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from today, June 18, 2021 through June 23, 2021 pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. As stated in their letter dated June 4, 2021, the parties remain optimistic that a pre-trial disposition is achievable; however, pending the defendant's consideration of a plea offer from the Government, the parties had intended to request a date for trial in the fourth quarter of 2021 or whenever thereafter is possible and to request the exclusion of time pending that date for trial. For this reason, the time between now and the forthcoming conference is similarly

appropriate to exclude insofar as it is affording the defendant the same opportunity to prepare for trial as he continues to consider a possible pre-trial disposition.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

By: _____
       Thomas John Wright
       Assistant United States Attorney
       (212) 637-2295

Enclosure: Proposed Order

cc: Christopher Flood, Esq. (Counsel to Defendant Tymel Abrams) (by ECF)

Application GRANTED. Time is excluded between today and June 23, 2021, for the reasons stated by the Government and also given the inability, due to COVID-19 restrictions, to convene more quickly once the prisoner production issue was discovered. The Clerk of Court is directed to terminate ECF No. 41.

                        SO ORDERED.

                        June 21, 2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER
        - v. -                   :
                                 :   S1 20 CR 352 (JMF)
TYMEL ABRAMS,                    :
    a/k/a "Ty,"                  :
                                 :
            Defendants.          :
- - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that time is excluded under the Speedy Trial Act between June 18, 2021 and June 23, 2021; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interest of the defendant in considering the possibility of any pre-trial disposition and preparing for trial.

SO ORDERED

Dated:    New York, New York
          _____, 2021

                                     _____
                                     THE HONORABLE JESSE M. FURMAN
                                     UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK