UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA      :
           :
    -v-          :      20-CR-352 (JMF)
           :
TYMEL ABRAMS,      :      <u>SCHEDULING ORDER</u>
           :
        Defendant.      :
           :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As counsel presumably know, this District has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, trial in this case has been scheduled to begin on **December 8, 2021**, and it is first on the list of jury trials for that day. **Accordingly, unless and until the Court orders otherwise, the parties shall be prepared to proceed to trial on that date. That is, it is a firm trial date.**

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **November 23, 2021**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **November 30, 2021**.

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **December 2, 2021**, at **10:30 a.m.** Unless and until the Court orders otherwise, the conference will be held in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: August 27, 2021
      New York, New York

                                  JESSE M. FURMAN
                                  United States District Judge