**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2022

*Via ECF*
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to July 12, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #58. SO ORDERED.

May 9, 2022

Re:   *United States v. Tymel Abrams,*
      **20 Cr. 352 (JMF)**

Honorable Judge Furman:

With the consent of the Government, I write to respectfully request that the Court adjourn the sentencing hearing presently calendared for Thursday, May 12, 2022, at 2:30 P.M. for not less than 60 days.

This adjournment is requested to allow the parties to coordinate with state counterparts to ensure that each component of the plea agreement is carried out, for the defense to review the Final PSR with Mr. Abrams, and to prepare its sentencing materials. Accordingly, I respectfully request the Court adjourn tomorrow's hearing for at least 60 days.

I have discussed this request with opposing counsel, Thomas John Wright, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Thomas John Wright, AUSA (by ECF)