UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA                       :
                                           :

         -v-                                :                  20-CR-352 (JMF)
                                           :

TYMEL ABRAMS,                            :             SCHEDULING ORDER
                                           :

                       Defendant.             :
                                           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At the request of defense counsel, *see* Doc. #60, it is hereby ORDERED that sentencing

in this matter, presently scheduled for **July 12, 2022**, is ADJOURNED to **September 20, 2022,**

at **3:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New

York, New York 10007.  Further adjournments are unlikely to be granted.

      The parties should consult the Court's Individual Rules and Practices for Criminal Cases

(available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures

and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be

served two weeks in advance of the date set for sentencing.  The Government's sentencing

submission shall be served one week in advance of the date set for sentencing.  If a party does not

intend to file a substantive sentencing submission, the party should file a letter to that effect.

      The Clerk of Court is directed to terminate Doc. #60.

      SO ORDERED.

Dated: July 7, 2022
      New York, New York                         _____
                                             JESSE M. FURMAN
                                             United States District Judge