

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2022

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to October 3, 2022, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #63. SO ORDERED.

September 15, 2022

Re:     *United States v. Tymel Abrams*, **20 CR 352 (JMF)**

Dear Judge Furman,

        With the consent of the defendant, the Government respectfully makes an initial request for an adjournment of the sentencing currently scheduled for Tuesday, September 20, 2022 at 3:15 PM for approximately two weeks to a date and time of convenience for the Court.  The undersigned and lone representative of the Government assigned to the above-captioned case from its inception unexpectedly and suddenly was taken away from the metropolitan area earlier this week to care for a family member under ongoing circumstances that have not permitted the transfer of responsibility for the case in the ordinary course, which the Government will accomplish in the interim before any possible adjournment date should the undersigned representative of the Government remain unavailable.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By: Thomas John Wright
                Thomas John Wright
                Assistant United States Attorney
                (212) 637-2295

cc: Christopher Flood, Esq. (Counsel to Defendant Tymel Abrams) (by ECF)